

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Rosemarie Lastimado-Dradi<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:21-mj-00826-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _December 16_, _2021_, at _2:00_ ☐a.m. / ☒p.m. before the Honorable _Karen E. Scott_, in Courtroom _6A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _12/13/2021_       _/s/ Karen E. Scott_
U.S. District Judge/Magistrate Judge
KAREN E. SCOTT